IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY MEDINA, JR.,** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| v. | : | NO.  19-4980 |
| | : | |
| **TAMMY FERGUSON, et al.** | : | |
| *Respondents* | : | |

**O R D E R**

**AND NOW**, this 27th day of October 2021, upon careful and independent consideration of the petition for a writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254, [ECF 19], and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, [ECF 43], it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Petitioner's Motion for a **STAY** and **ABEYANCE** [ECF No. 35] is **GRANTED**.

3. The petition for writ of *habeas corpus* is **STAYED** and held in **ABEYANCE** while Petitioner litigates his PCRA petition in the state courts.

4. Petitioner shall notify the District Court within thirty days of the conclusion of the state court proceedings. At that time, Petitioner shall provide a written status report detailing the conclusion of his state court proceedings, and include a copy of the relevant state court disposition. Petitioner shall inform the District Court whether the state court proceedings impacted his habeas petition in any way.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*